Summary -- MAYOR

| | | | |
|---|---|---|---|
| A WHOLE NUMBER | B JUANITA PEREZ WILLIAMS (DEMOCRATIC) | C LAURA B LAVINE (REPUBLICAN) | D HOWIE HAWKINS (GREEN) |
| E JOE NICOLETTI (WORKING FAMILIES) | F BENJAMIN R WALSH (INDEPENDENCE) | G BENJAMIN R WALSH (REFORM/UPSTATE JOBS) | H WRITE-IN |

| Wards/Towns | A | B | C | D | E | F | G | H | Voids/Blanks |
|---|---|---|---|---|---|---|---|---|---|
| 1ST WARD | 1,120 | 364 | 43 | 22 | 32 | 581 | 62 | 2 | 14 |
| 2ND WARD | 476 | 169 | 23 | 20 | 4 | 235 | 25 | 0 | 0 |
| 3RD WARD | 1,276 | 356 | 60 | 41 | 21 | 707 | 72 | 1 | 18 |
| 4TH WARD | 2,290 | 684 | 65 | 55 | 39 | 1,318 | 114 | 0 | 15 |
| 5TH WARD | 2,667 | 764 | 87 | 84 | 32 | 1,529 | 157 | 1 | 13 |
| 6TH WARD | 1,076 | 473 | 44 | 42 | 28 | 434 | 43 | 1 | 11 |
| 7TH WARD | 739 | 196 | 29 | 26 | 11 | 431 | 39 | 1 | 6 |
| 8TH WARD | 852 | 278 | 13 | 21 | 4 | 479 | 48 | 1 | 8 |
| 9TH WARD | 546 | 253 | 13 | 21 | 11 | 216 | 25 | 1 | 6 |
| 10TH WARD | 323 | 197 | 6 | 7 | 4 | 92 | 11 | 0 | 6 |
| 11TH WARD | 1,487 | 424 | 33 | 38 | 8 | 882 | 86 | 2 | 14 |
| 12TH WARD | 1,021 | 412 | 12 | 38 | 8 | 487 | 51 | 2 | 11 |
| 13TH WARD | 2,095 | 842 | 31 | 87 | 21 | 998 | 93 | 1 | 22 |
| 14TH WARD | 2,604 | 1,119 | 80 | 84 | 30 | 1,147 | 113 | 2 | 29 |
| 15TH WARD | 140 | 97 | 5 | 7 | 3 | 23 | 0 | 0 | 5 |
| 16TH WARD | 661 | 303 | 12 | 50 | 5 | 253 | 34 | 0 | 4 |
| 17TH WARD | 4,261 | 1,799 | 73 | 265 | 27 | 1,867 | 180 | 8 | 42 |
| 18TH WARD | 343 | 239 | 5 | 9 | 4 | 69 | 12 | 0 | 5 |
| 19TH WARD | 1,578 | 732 | 39 | 100 | 13 | 603 | 68 | 2 | 21 |
| WARD TOTAL | 25,555 | 9,701 | 673 | 1,017 | 305 | 12,351 | 1,233 | 25 | 250 |
| GRAND TOTAL | 25,555 | 9,701 | 673 | 1,017 | 305 | 12,351 | 1,233 | 25 | 250 |