*A22020*

*(type 8/1E)*

| TYPE 8 | **INDEPENDENT EXPENDITURE COMMITTEE**<br>**CAMPAIGN FINANCE REGISTRATION FORM**<br>NEW YORK STATE BOARD OF ELECTIONS<br>Section 14-100(15), 14-107, 14-112 and 14-118 of NYS Election Law |
|---|---|

THIS FORM MUST CONTAIN ORIGINAL SIGNATURES IN INK AND BE COMPLETED IN FULL

*E KRM 10/26/17* ✓

Check the box that applies:

[✓] New Registration        [ ] Amended Registration (Provide Filer ID#): _____

**A. COMMITTEE NAME:** UPSTATE JOBS COMMITTEE

For Acronyms (See instructions): _____

*V JB 10/26/17*

**B. TREASURER:**

Full Name: MARY LOU HERRINGSHAW

Residential Address (No P.O. Box): 257 LOWER PARADISE RD          Apartment #: _____

City or Town: LITTLE FALLS          State: NY   Zip: 13365

Malling Address (P.O. Box allowed): 245 RASBACH RD          Apartment #: _____

City or Town: LITTLE FALLS          State: NY   Zip: 13365

Social Security Number (Optional): _____   Email: MARYLOU@UVC.ORG

Telephone: Home: _____   Business: 315-823-2682  Cell: 315-868-6368

Occupation: EXECUTIVE ASSISTANT

Name of Employer: UPSTATE VENTURE CONNECT CORPORATION

**C. DEPOSITORY/BANK:**

Name: BANK OF AMERICA

Address: 500 STATE ST

City or Town: SCHENECTADY          State: NY   Zip: 12305

**D. CANDIDATE(S) TO BE SUPPORTED OR OPPOSED** (Attach additional sheets if necessary):

| | ELECTION YEAR | OFFICE/DISTRICT | CANDIDATE FULL NAME | SUPPORT/OPPOSE |
|---|---|---|---|---|
| 1. | 2017 | MAYOR/SYRACUSE | BEN WALSH | SUPPORT |
| 2. | | | | |
| 3. | | | | |

**E. BALLOT ISSUE(S)** (Attach additional sheets if necessary):        SUPPORT/OPPOSE

1. _____        _____

2. _____        _____

*RECEIVED OCT 26 2017 New York State Board of Elections*

**F. PERSON(S) OTHER THAN TREASURER AUTHORIZED TO SIGN CHECKS** (Attach additional sheets if necessary):

Full Name: _____

Residential Address (No P.O. Box): _____   Apartment #: _____

City or Town: _____   State: _____   Zip: _____

Telephone: _____   Email: _____

Signature: _____

CF-02 – Type 8, IE 10/18 V.2

*A22020*
*(type 8/ IE)*

**G. LIST REQUIRED INDIVIDUAL(S) / ENTITY / ENTITIES AND INDICATE THE CATEGORY OR CATEGORIES FOR EACH:**
(Attach additional sheets if necessary):

**CATEGORIES:**

1.  Check box 1 if this committee is an individual, provide the required information as listed.

2.  Check box 2 if the committee is an entity, provide the name, employer, and any related information of any individual who exerts operational or managerial influence or control over the entity.

3.  Check box 3 if the committee is an entity, provide the name, employer and related information of any salaried employee of the committee.

4.  Check box 4 for those individuals who have been identified in categories 1, 2 or 3 who have, during the two year period before filing, been employed or retained as a political, media or fundraising advisor or consultant for a candidate, any entity directly controlled by a candidate, or any party or constituted committee or have held a formal position in the office of a candidate's elected office, or any party or constituted committee, and provide the name and address of the relevant employer or retaining entity. If more than one relevant employer or retaining entity, attach additional sheets with names and addresses. For each such employer or retaining entity listed for the two year period, provide the basis for listing them on the "Reason" line provided.

5.  Check box 5 for those individuals who have been identified in categories 1, 2 or 3 who are members of a candidate's immediate family (spouse, child, grandparent, brother, half-brother, sister, half-sister of the candidate and spouses of these individuals).

Full Name: MARTIN BABINEC          Occupation: INVESTOR

Res. Address: 28 WAVERLY PL, LITTLE FALLS, NY 13365

Current Employer: SELF EMPLOYED

Current Employer Address: 28 WAVERLY PL, LITTLE FALLS, NY 13365

Check appropriate category: [ ] 1    [✓] 2    [ ] 3    [ ] 4*    [ ] 5

*If you checked box 4, provide relevant employer or retaining entity name and address:

| Name: _____ | Name: _____ |
| Address: _____ | Address: _____ |
| Reason: _____ | Reason: _____ |

Full Name: JOHN BULLIS          Occupation: RETIRED

Res. Address: 245 RASBACH RD, LITTLE FALLS, NY 13365

Current Employer: N/A

Current Employer Address: N/A

Check appropriate category: [ ] 1    [✓] 2    [ ] 3    [ ] 4*    [ ] 5

*If you checked box 4, provide relevant employer or retaining entity name and address: State Board of Elections

| Name: _____ | Name: _____ OCT 26 2017 |
| Address: _____ | Address: _____ |
| Reason: _____ | Reason: RECEIVED |

CF-02 – Type 8, IE 10/16 V.2

A22020
(type 8/TE)

Full Name: _____  Occupation: _____

Res. Address: _____

Current Employer: _____

Current Employer Address: _____

Check appropriate category: [ ] 1    [ ] 2    [ ] 3    [ ] 4*    [ ] 5

*If you checked box 4, provide relevant employer or retaining entity name and address:

Name: _____        Name: _____

Address: _____        Address: _____

Reason: _____        Reason: _____

---

Full Name: _____  Occupation: _____

Res. Address: _____

Current Employer: _____

Current Employer Address: _____

Check appropriate category: [ ] 1    [ ] 2    [ ] 3    [ ] 4*    [ ] 5

State Board of Elections

OCT 26 2017

*If you checked box 4, provide relevant employer or retaining entity name and address:

RECEIVED

Name: _____        Name: _____

Address: _____        Address: _____

Reason: _____        Reason: _____

---

The committee is hereby notifying the New York State Board of Elections that it intends to make independent expenditures, pursuant to Election Law 14-107, and will make all required disclosures.

Pursuant to Election Law 14-112, no candidate listed in Section D of this form has authorized the activities of this committee.

### VERIFICATION STATEMENT BY TREASURER

I swear or affirm that the information contained herein is in all respects true and complete to the best of my knowledge, information and belief.

Sworn to before me this 25th day

of October , 20 17

_____
(Notary Public or Commissioner of Deeds)

ANDRILLA KIRA M
Notary Public, State of New York
Registration No. 01AN6192322
Qualified in Herkimer County
Commission Expires

_____
Signature of Committee Treasurer

25 ½ LOWER PARADISE RD
Residential Address

LITTLE FALLS, NY   13365

315-823-2682
Contact Phone Number

CF-02 – Type 8, IE 10/16 V.2

APR-27-18 11:21 AM

**UPSTATE JOBS COMMITTEE**
*Treasurer: MARY LOU HERRINGSHAW*

Page 1 of 3

| NYS  BOARD  OF  ELECTIONS  FINANCIAL  DISCLOSURE  REPORT |
| --- |

**Filer ID: A22020    2017 27 DAY POST GENERAL       SCHEDULE: A INDIVIDUAL/PARTNERSHIPS**

CONTRIBUTION CODE:   **IND**

| DATE | NAME | Address | | | | CHECK NO. | AMOUNT | EXPLANATION | RECORD DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 11/01/17 | MARTIN BABINEC | 28 WAVERLY PLACE | LITTLE FALLS | NY | 13365 | WXF | $25,000.00 | CONTRIBUTION | DEC-04-17 |

|  |  | NO. of TRANSACTIONS:  1 | TOTAL: | $25,000.00 |
| --- | --- | --- | --- | --- |

**UPSTATE JOBS COMMITTEE**
*Treasurer: MARY LOU HERRINGSHAW*

---

### NYS BOARD OF ELECTIONS FINANCIAL DISCLOSURE REPORT

**Filer ID: A22020   2017 27 DAY POST GENERAL     SCHEDULE: F EXPENDITURES/PAYMENTS**

---

| DATE | NAME | Address | | | | CHECK NO. | AMOUNT | PURPOSE | EXPLANATION | RECORD DATE |
|------|------|---------|---|---|---|-----------|--------|---------|-------------|-------------|
| 11/02/17 | BANK OF AMERICA | 500 STATE ST | SCHENECTADY | NY | 12305 | WXF | $15.00 | BKFEE | | DEC-04-17 |
| 11/02/17 | SPECTRUM MARKETING COMPANIES | 95 EDDY RD STE 102 | MANCHESTER | NH | 03102 | WXF | $2,525.73 | OTHER | PRINTING/POSTAGE FOR MAILERS TO SUPPORT BEN WALSH FOR SYRACUSE MAYOR | DEC-04-17 |
| 11/02/17 | SPECTRUM MARKETING COMPANIES | 95 EDDY RD STE 101 | MANCHESTER | NH | 03102 | WXF | $5,358.26 | OTHER | PRINTING/POSTAGE FOR MAILERS TO SUPPORT BEN WALSH FOR SYRACUSE MAYOR | DEC-04-17 |
| 11/02/17 | SPECTRUM MARKETING COMPANIES | 95 EDDY RD STE 101 | MANCHESTER | NH | 03102 | WXF | $5,358.26 | OTHER | PRINTING/POSTAGE FOR MAILERS TO SUPPORT BEN WALSH FOR SYRACUSE MAYOR | DEC-04-17 |
| 11/02/17 | SPECTRUM MARKETING COMPANIES | 95 EDDY RD STE 101 | MANCHESTER | NH | 03102 | WXF | $2,832.53 | OTHER | PRINTING/POSTAGE FOR MAILERS TO SUPPORT BEN WALSH FOR SYRACUSE MAYOR | DEC-04-17 |
| 11/06/17 | THE CASALE GROUP | 25 CHESTNUT ST | COOPERSTOWN | NY | 13326 | CHK991 | $6,000.00 | OTHER | DIGITAL MEDIA TO SUPPORT BEN WALSH FOR SYRACUSE MAYOR | DEC-04-17 |

NO. of TRANSACTIONS:  6      TOTAL:          $22,089.78

**UPSTATE JOBS COMMITTEE**
Treasurer: MARY LOU HERRINGSHAW

| | |
|---|---|
| OPENING BALANCE | $0.00 |
| CONTRIBUTIONS | $25,000.00 |
| MISC RECEIPTS | $0.00 |
| | |
| TOTAL RECEIPTS | $25,000.00 |
| TOTAL EXPENSES | $22,089.78 |
| BALANCE | $2,910.22 |

Filer ID:   A22020        2017  27 DAY POST GENERAL        SUMMARY