IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UPSTATE JOBS PARTY, MARTIN BABINEC, AND JOHN BULLIS,<br><br>        *Plaintiffs*,<br><br>     v.<br><br>PETER S. KOSINSKI, New York State Board of Elections Co-Chair Commissioner, DOUGLAS A. KELLNER, New York State Board of Elections Co-Chair Commissioner, ANDREW J. SPANO, New York State Board of Elections Commissioner, and GREGORY P. PETERSON, New York State Board of Elections Commissioner, all in their official capacities,<br><br>        *Defendants*. | Case No.:<br>6:18-cv-00459-GTS-ATB |

## **NOTICE OF APPEAL**

Please take notice that Plaintiffs, Upstate Jobs Party, Martin Babinec, and John Bullis, by and through counsel, appeal to the United States Court of Appeals for the Second Circuit from the Decision and Order, entered on September 8, 2021, (Dkt. 72), and Judgment entered pursuant to the Decision and Order (Dkt. 73), insofar as they denied, in part, Plaintiffs' Motion for Summary Judgment of July 8, 2020 (Dkt. 56) and granted, in part, Defendants' Motion for Summary Judgment of August 25, 2020 (Dkt. 57).

DATED: October 6, 2021

*/s/ Shawn Toomey Sheehy*
Jason Torchinsky (VA 47481)*
  Bar Roll # 517743
Shawn Toomey Sheehy (VA 82630)*
  Bar Roll # 107453
Philip Michael Gordon (TX 24096085)*
  Bar Roll # 701124
HOLTZMAN VOGEL BARAN
TORCHINSKY JOSEFIAK PLLC
15405 John Marshall Hwy.
Haymarket, Virginia 20169
Phone: (540) 341-8808
Fax: (540) 341-8809
jtorchinsky@holtzmanvogel.com
ssheehy@holtzmanvogel.com
pgordon@holtzmanvogel.com
*admitted *pro hac vice*

Respectfully submitted,

*/s/ Michael Burger*
Michael Burger
  Bar Roll # 515216
Fernando Santiago
  Bar Roll # 517516
SANTIAGO BURGER LLP
2280 East Avenue
Rochester, NY 14610
Phone: (585) 563-2400
Fax: (585) 563-7526
mike@litgrp.com
fernando@litgrp.com


*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been filed using the CM/ECF system which instantaneously sent a Notice of Electronic Filing (NEF) to all counsel required to be served.

*/s/ Michael Burger*