UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UPSTATE JOBS PARTY; MARTIN BABINEC; and
JOHN BULLIS,

                       Plaintiffs,

v.                                                                                          6:18-CV-0459
                                                                                            (GTS/ATB)
PETER S. KOSINSKI, New York State Bd. of
Elections Co-Chair Comm'r, in his official capacity;
DOUGLAS A. KELLNER, New York State Bd. of
Elections Co-Chair Comm'r, in his official capacity;
ANDREW J. SPANO, New York State Bd. of
Elections Comm'r, in his official capacity; and
GREGORY P. PETERSON, New York State Board of
Elections Comm'r, in his official capacity,

                       Defendants.
_____

APPEARANCES:                                                         OF COUNSEL:

SANTIAGO BURGER, LLP                                          FERNANDO SANTIAGO, ESQ.
  Counsel for Plaintiffs                                             MICHAEL A. BURGER, ESQ.
2280 East Avenue
Rochester, NY 14610

HOLTZMAN VOGEL JOSEFIAK                                JASON B. TORCHINSKY, ESQ.
TORCHINSKY, PLLC                                                  SHAWN T. SHEEHY, ESQ.
  Co-Counsel for Plaintiffs                                         PHILLIP M. GORDON, ESQ.
15405 John Marshall Highway
Haymarket, VA 20169

HON. LETITIA A. JAMES                                          WILLIAM A. SCOTT, ESQ.
Attorney General for the State of New York            Assistant Attorney General
  Counsel for Defendants
The Capitol
Albany, NY 14202

GLENN T. SUDDABY, United States District Judge

1

**DECISION and ORDER**

This action has been returned to the Court following the issuance of the Second Circuit's Mandate of July 24, 2024, which vacated the part of the Court's Amended Decision of Order of October 8, 2021, that had granted summary judgment to Plaintiffs on their First and Fourteenth Amendment claims relating to New York's contribution limits, and which remanded this action to the Court with the instruction that summary judgment be entered in favor of Defendants as to those claims. (*Compare* Dkt. No. 92 *with* Dkt. No. 83.)[1]

**ACCORDINGLY**, it is

**ORDERED** that, in accordance with the Second Circuit's Mandate of July 24, 2024 (Dkt. No. 92), Defendants' motion for summary judgment (Dkt. No. 57) is **GRANTED** on Plaintiffs' First and Fourteenth amendment claims relating to New York's contribution limits, and Plaintiffs' motion for summary judgment (Dkt. No. 56) is **DENIED** on those claims, such that Defendants' motion for summary judgment (Dkt. No. 57) is **GRANTED in its entirety**, and Plaintiffs' motion for summary judgment (Dkt. No. 56) is **DENIED in its entirety**; and it is further

**ORDERED** that the Clerk of Court shall enter a Second Amended Judgment in accord with the above-stated rulings and close this action.

Dated: August 8, 2024
      Syracuse, New York

Glenn T. Suddaby
U.S. District Judge

---

[1] The Second Circuit affirmed the part of the Court's Amended Decision of Order of October 8, 2021, that had granted summary judgment to Defendants on Plaintiffs' First and Fourteenth Amendment claims relating to New York's housekeeping account rule. (*Compare* Dkt. No. 83 *with* Dkt. No. 92.)